UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: BERYL WILSON HOFFMAN
_____/

WILLIAM E. KASBEN and
EDWIN J. KASBEN,

       Appellants,                    Bkrptcy No. 97-59385-SWR
                                              HON. STEVEN RHODES
vs.                                                 Case No. 04-CV-75075
                                              HON. GEORGE CARAM STEEH

FRED DERY, Trustee,

       Appellees.
_____/

ORDER STRIKING MAY 20, 2005 ELECTRONICALLY FILED
NOTICE OF APPEAL (#12)

On May 20, 2005, appellants William Kasben and Edwin Kaspen caused a "NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS TO THE SIXTH CIRCUIT" to be electronically filed in this court.  The Electronic Filing Polices and Procedures Manual for the Eastern District of Michigan, as revised March 7, 2005, requires that the filing of "Initiating Papers" such as an appeal to the Court of Appeals, the issuance of service for a notice of appeal, and the payment of initial appeal filing fees, must be accomplished in the traditional manner.  See Rule 1(f), Rule 5(a), Rule 6(a), Electronic Filing Polices and Procedures Manual, E.D.Mich., rev. March 7, 2005, at 3, 5-6.  Accordingly,

The appellants' May 20, 2005 electronically filed "NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS TO THE SIXTH CIRCUIT" is hereby STRICKEN. Appellants must file a notice of appeal in the traditional manner.

       SO ORDERED.

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

Dated:  May 25, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 25, 2005, by electronic and/or ordinary mail.

                                                s/Josephine Chaffee
                                                Secretary/Deputy Clerk